1  Michael G. Woods, #15800-00012
   McCormick, Barstow, Sheppard,
2  Wayte & Carruth LLP
   5 River Park Place East
3  Fresno, CA  93720-1501
   Telephone:     (559) 433-1300
4  Facsimile:     (559) 433-2300

5  Attorneys for Defendants
   DEPUTY SHERIFF GREY FOSTER and COUNTY OF
6  CALAVERAS

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 DENNIS SAN FILIPPO,                    Case No.  1:10-CV-01136 BAM

12            Plaintiff,
                                          ORDER TO CONTINUE SCHEDULING
13 v.                                     CONFERENCE

14 G. FOSTER, DEPUTY SHERIFF, THE
   COUNTY OF CALAVERAS, and DOES 1
15 through 20, inclusive,

16            Defendants.

17

18       Plaintiff DENNIS SANFILIPPO ("Plaintiff") and Defendants DEPUTY SHERIFF GREY

19 FOSTER and COUNTY OF CALAVERAS (collectively referred to as "Defendants"), through

20 their respective counsel, hereby stipulate to continue the Scheduling Conference presently set for

21 January 26, 2012 at 9:30 a.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe to

22 February 29, 2012 at 10:00 a.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe,

23 due to the fact that Mr. Woods, counsel for Defendants, will be out of the country on a pre-paid

24 vacation on January 26, 2012.

25

26

27

28

| | |
|---|---|
| Dated: December 21, 2012 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | By: /s/ Michael G. Woods<br>Michael G. Woods<br>Attorneys for Defendants<br>DEPUTY SHERIFF GREY FOSTER and COUNTY OF CALAVERAS |
| Dated: December 21, 2011 | LAW OFFICE OF KENNETH L. FOLEY |
| | By: /s/ Kenneth L. Foley<br>Kenneth L. Foley<br>Attorney for Plaintiff, DENNIS SANFILIPPO |

## **ORDER**

Upon reviewing the Stipulation and for good cause being shown, it is hereby ORDERED that the Scheduling Conference now set for January 26, 2012 at 9:30 a.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe will be continued to February 29, 2012 at 10:00 a.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:  **December 22, 2011**         /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE