1  Michael G. Woods, #15800-00012
   McCormick, Barstow, Sheppard,
2  Wayte & Carruth LLP
   5 River Park Place East
3  Fresno, CA  93720-1501
   Telephone:     (559) 433-1300
4  Facsimile:     (559) 433-2300

5  Attorneys for Defendants
   DEPUTY SHERIFF GREY FOSTER and COUNTY OF
6  CALAVERAS

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | DENNIS SAN FILIPPO,                      | Case No.  1:10-CV-01136 BAM
12 |        Plaintiff,                         |
13 | v.                                        | ORDER TO CONTINUE SCHEDULING
                                                 CONFERENCE
14 | G. FOSTER, DEPUTY SHERIFF, THE
     COUNTY OF CALAVERAS, and DOES 1
15 | through 20, inclusive,
16 |        Defendants.

17

18      Plaintiff DENNIS SANFILIPPO ("Plaintiff") and Defendants DEPUTY SHERIFF GREY

19 FOSTER and COUNTY OF CALAVERAS (collectively referred to as "Defendants"), through

20 their respective counsel, hereby stipulate to continue the Scheduling Conference presently set for

21 January 26, 2012 at 9:30 a.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe to

22 February 29, 2012 at 10:00 a.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe,

23 due to the fact that Mr. Woods, counsel for Defendants, will be out of the country on a pre-paid

24 vacation on January 26, 2012.

25

26

27

28

Dated: December 21, 2012                    McCORMICK, BARSTOW, SHEPPARD,
                                            WAYTE & CARRUTH LLP


                                            By:        /s/ Michael G. Woods
                                                       Michael G. Woods
                                                    Attorneys for Defendants
                                            DEPUTY SHERIFF GREY FOSTER and
                                                  COUNTY OF CALAVERAS

Dated: December 21, 2011                    LAW OFFICE OF KENNETH L. FOLEY


                                            By:        /s/ Kenneth L. Foley
                                                       Kenneth L. Foley
                                                Attorney for Plaintiff, DENNIS
                                                         SANFILIPPO

## **ORDER**

Upon reviewing the Stipulation and for good cause being shown, it is hereby ORDERED that the Scheduling Conference now set for January 26, 2012 at 9:30 a.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe will be continued to February 29, 2012 at 10:00 a.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   **December 22, 2011**            /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

2