Michael G. Woods, #15800-00012        (SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Defendants
DEPUTY SHERIFF GREY FOSTER and COUNTY OF CALAVERAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SAN FILIPPO,<br><br>    Plaintiff,<br><br>v.<br><br>G. FOSTER, DEPUTY SHERIFF, THE COUNTY OF CALAVERAS, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 1:10-CV-01136 BAM<br><br>**PROPOSED STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER AND ORDER THEREON** |

IT IS STIPULATED by and between the parties through their attorneys of record herein that the Scheduling Conference Order, filed October 22, 2010, Docket No. 12, may be amended as follows:

**Designation of Expert Witnesses**

All expert witnesses shall be disclosed in writing on or before March 30, 2012. The parties will comply with the provisions of Federal Rules of Civil Procedure 26(a)(2) regarding their expert designations. Local Rule 16-240(a) notwithstanding, the written designation of experts shall be made pursuant to FRCP Rule 26(a)(2), (A) and (B) and shall include all information required thereunder. Failure to disclose experts in compliance with this Order may result in the Court excluding the testimony or other evidence that is not disclosed pursuant to this Order.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP

**Deadlines for Expert Witness Discovery**

Depositions of any experts shall be completed on or before May 5, 2012.

It is necessary to amend the prior Scheduling Conference Order because the press of business and other conflicts have prevented Plaintiff's attorney from complying with the original Scheduling Conference Order and Defendants are agreeable to extend the discovery deadlines as set forth herein.

Dated: March 8, 2012                                    McCORMICK, BARSTOW, SHEPPARD,
                                                                            WAYTE & CARRUTH LLP


                                                                By:      /s/ Michael G. Woods
                                                                            Michael G. Woods
                                                                       Attorneys for Defendants
                                                                DEPUTY SHERIFF GREY FOSTER and
                                                                    COUNTY OF CALAVERAS



Dated: March 8, 2012                                    LAW OFFICES OF KENNETH M. FOLEY


                                                                By:      /s/ Kenneth M. Foley
                                                                            Kenneth M. Foley
                                                                       Attorneys for Plaintiff,
                                                                         DENNIS SANFILIPPO

# **ORDER**

Based on the Stipulation of the parties and good cause appearing therefore, the Scheduling Conference Order is amended in accordance with the Stipulation.

IT IS SO ORDERED.

Dated:   **March 9, 2012**                            /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP