Case 1:10-cv-01136-BAM   Document 45   Filed 08/08/12   Page 1 of 2

Michael G. Woods, #15800-00012
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

Attorneys for Defendants
DEPUTY SHERIFF GREY FOSTER and COUNTY OF CALAVERAS

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
AUG 21 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SANFILIPPO,<br><br>Plaintiff,<br><br>v.<br><br>G. FOSTER, DEPUTY SHERIFF, THE COUNTY OF CALAVERAS, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:10-CV-01136 OWW-SMS<br><br>STIPULATION RE MOTIONS IN LIMINE ;<br><br>ORDER |

The Parties, through their respective counsel, hereby stipulate that the following motions in limine should be granted:

1. Settlement negotiations and/or offers: Attorneys, parties and witnesses shall not mention anything with regard to settlement negotiations or offers to compromise, including any and all details therein.

2. Motion to exclude all witnesses not testifying from the courtroom during trial.

3. Motion to exclude testimony of any witness not timely disclosed during discovery.

4. Motion to exclude evidence not previously disclosed or identified by the parties in discovery.

5. Motion to exclude any reference to the size, number or members of Plaintiff's or Defendants' attorneys' law firms.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION RE MOTIONS IN LIMINE

Case 1:10-cv-01136-BAM   ~~Document 45~~ ~~Filed 08/06/12~~ ~~Page 2 of 2~~

6. Motion to exclude any argument that the jury should calculate damages according to the amount the jurors believe they would be personally entitled to as recompense for similar injuries and/or what it would be worth to them to suffer similar injuries ("The Golden Rule").

7. Motion to exclude any testimony or reference that Richard Franko was the victim of an alleged theft at Lake Tulloch Resort.

Dated: August 6, 2012

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Michael G. Woods
Michael G. Woods
Attorneys for Defendants
DEPUTY SHERIFF GREY FOSTER and COUNTY OF CALAVERAS

Dated: August 6, 2012

LAW OFFICE OF KENNETH L. FOLEY

By: /s/ Kenneth L. Foley
Kenneth L. Foley
Attorney for Plaintiff, DENNIS SANFILIPPO

## ORDER

Based on the stipulation of the Parties and good cause appearing therefor, it is ordered that these Motions in Limine are granted.

Dated: August 21, 2012

BARBARA A. McAULIFFE
United States Magistrate Judge

15800-00012 2166721.1